

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00385-CR

**EX PARTE** Bradford C. **BINDOCK**

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CR-7996-W2
Honorable Velia J. Meza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order signed on June 25, 2020 denying habeas corpus relief is AFFIRMED.

SIGNED December 23, 2020.

_____
Liza A. Rodriguez, Justice